IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

VICTORY RAMEY JONES,

        Plaintiff,

v.                          CIVIL ACTION NO.  2:22-cv-00128

P.S. MANAGEMENT, INC.,

        Defendant.

**ORDER**

Pending before the Court is a Joint Motion to Lift Stay and for Approval of Settlement Agreement by both Plaintiff and Defendant.  (ECF No. 9.)  After considering the relevant factors, the Court determines that (1) there is a *bona fide* dispute in this case; (2) the settlement is fair and reasonable; and (3) the request for attorney's fees is reasonable.  *See Jarrell v. Charleston Area Med. Ctr., Inc.*, No. 2:17-cv-01371, 2018 WL 4560206, at *1 (S.D. W. Va. Sept. 21, 2018).  As such, the pending motion is **GRANTED,** and the proposed settlement of $3,000—including $1,200 in attorney's fees—is **APPROVED**.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:        November 28, 2022

_____
THOMAS E. JOHNSTON, CHIEF JUDGE